# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MELANIE JOYCE SAVAGE, | Civil 10-3431 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| CCP ADMINISTRATIVE OFFICE, | |
| Defendant. | |

Melanie Joyce Savage, 9403 Bass Creek Circle, New Hope, MN 55428, pro se plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 23, 2010 [Docket No. 7]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 6), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 18, 2010
at Minneapolis, Minnesota             ___ s/ John R. Tunheim _____
                                          JOHN R. TUNHEIM
                                       United States District Judge